

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITY OF EL PASO, | § | No. 08-21-00116-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th Judicial District Court |
| LUIS R. VARELA, | § | Of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV1549) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings consistent with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF OCTOBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.